

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00647-CV

In the Interest of **J.D.H.** and D.M.D.C., Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01776
Honorable Richard Garcia, Judge Presiding

Opinion by:    Irene Rios, Justice

Sitting:    Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Irene Rios, Justice

Delivered and Filed: February 6, 2019

AFFIRMED

This is an appeal from the trial court's order terminating appellant's parental rights to her

two children, J.D.H. and D.M.D.C. Appellant's court-appointed appellate attorney filed a brief

containing a professional evaluation of the record and demonstrating there are no arguable grounds

to be advanced. Counsel concluded the appeal is frivolous and without merit. The brief met the

requirements of *Anders v. California*, 386 U.S. 738 (1967); *see In re R.R.*, No. 04–03–00096–CV,

2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders*

procedure in appeal from termination of parental rights).[1] Counsel provided appellant with a copy

of the brief. Appellant was informed of her right to review the record and advised of her right to

---

[1]The brief in this case was filed prior to this court's opinion in *In re N.F.M.*, No. 04-18-00475-CV, 2018 WL 6624409, at *2-4 (Tex. App.—San Antonio December 19, 2018) (denying motion for en banc reconsideration of order striking *Anders* brief).

file a pro se brief. The State waived its right to file an appellee's brief unless appellant filed a pro se brief. Appellant has not filed a brief. After reviewing the record and counsel's brief, we agree the appeal is frivolous and without merit. Therefore, the trial court's termination order is affirmed.

Irene Rios, Justice